UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CARMEN CHEEK | CIVIL ACTION |
| VERSUS | CASE NO. 17-8559 |
| STANDARD INSURANCE COMPANY | SECTION: "G" |

### ORDER

The Court having been advised that the parties have firmly agreed upon a compromise,[1]

**IT IS HEREBY ORDERED** that this action be and is hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty days, to reopen the action if settlement is not consummated. The Court retains jurisdiction to enforce the compromise agreed upon by the parties.

**IT IS FURTHER ORDERED** that the parties be directed to file an appropriate order of dismissal as soon as the settlement documents are executed. If no motion to reopen is filed, the case is officially closed and the Clerk of Court shall be relieved of responsibility of sending out further notices in this matter.

Counsel are reminded that, if witnesses have been subpoenaed, <u>every witness</u> must be notified by counsel not to appear.

**NEW ORLEANS, LOUISIANA**, this <u>30th</u> day of January, 2018.

           */s/ Nannette Jolivette Brown*
           **NANNETTE JOLIVETTE BROWN**
           **UNITED STATES DISTRICT JUDGE**

---

[1] Fax correspondence from James Willeford, counsel for Plaintiff, to the Honorable Nannette Jolivette Brown (Jan. 26, 2018), hereto attached.



# FAX COVER SHEET

| TO | Honorable Nannette Jolivette Brown |
|---|---|
| COMPANY | USDC Eastern District of LA |
| FAX NUMBER | 15045897507 |
| FROM | James Willeford |
| DATE | 2018-01-26 23:05:58 GMT |
| RE | Cheek vs. Standard, No. 17-08559 G5 |

## COVER MESSAGE

Please see the attached letter from Mr. Toledano.



# WILLEFORD & TOLEDANO

201 ST. CHARLES AVENUE, SUITE 4208
NEW ORLEANS, LA 70170-4208

504/582.1286
FAX 313/692.5927
WWW.WILLEFORDTOLEDANO.COM

JAMES F. WILLEFORD    PLEASE REPLY TO:
REAGAN L. TOLEDANO    RTOLEDANO@WILLEFORDLAW.COM

January 26, 2018

**VIA FAX: (504) 589-7507**

The Honorable Nannette J. Brown
500 Poydras Street
Room C205
New Orleans, LA  70130

**Re:**  *Carmen Cheek vs. Standard Insurance Company*
USDC, EDLA Docket No. 17-08559 "G" (5)

Dear Judge Brown,

I am writing to let you know that the parties have reached a settlement of all claims asserted in this case and to respectfully request the Court to issue a 60-day Order of Dismissal.

Sincerely,

Reagan L. Toledano

RLT/kab
cc: Carmen Cheek
cc: Jennifer M. Lawrence (jennifer@lawrencelegalllc.com)