UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CARMEN CHEEK** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 2:17-08559** |
| **STANDARD INSURANCE COMPANY** | * | **JUDGE JOLIVETTE-BROWN** |
| | * | **MAGISTRATE JUDGE NORTH** |
| * * * * * | | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Carmen Cheek, and Defendant, Standard Insurance Company, stipulate that all claims in this action have been fully and completely settled and that this action should be dismissed, with prejudice, each party to bear its own costs.

WILLEFORD & TOLEDANO

/s/ Reagan L. Toledano
REAGAN L. TOLEDANO (La. 29687)
201 St. Charles Avenue, Suite 4208
New Orleans, LA  70170
Telephone: 504-582-1286
Facsimile: 313-692-5927
rtoledano@willefordlaw.com

COUNSEL FOR PLAINTIFF,
CARMEN CHEEK

1

        LAWRENCE LEGAL, L.L.C.

        /s/ Jennifer M. Lawrence
        JENNIFER M. LAWRENCE, T.A. (23829)
        KRYSTIL BORROUSO LAWTON (20760)
        141 Robert E. Lee Blvd., No. 135
        New Orleans, LA 70124
        Telephone: (504) 322-7117
        Telefax: (504) 208-3351

        ATTORNEYS FOR STANDARD INSURANCE
        COMPANY

## **CERTIFICATE OF SERVICE**

I hereby certify that, on February 22, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

        /s/ Jennifer M. Lawrence
        JENNIFER M. LAWRENCE (23829)
        jennifer@lawrencelegalllc.com