UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CARMEN CHEEK** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 2:17-08559** |
| **STANDARD INSURANCE COMPANY** | * | **JUDGE JOLIVETTE-BROWN** |
| | * | **MAGISTRATE JUDGE NORTH** |

\* \* \* \* \*

### ORDER OF DISMISSAL WITH PREJUDICE

The foregoing Stipulation of Dismissal With Prejudice Pursuant to F.R.C.P. 41(a)(1)(A)(ii) considered,

IT IS ORDERED that this action be, and it is hereby, dismissed with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this 23rd day of February, 2018.

_____
UNITED STATES DISTRICT JUDGE